# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1087

_____

Spencer Pierce

*Plaintiff - Appellant*

v.

Jerry Lovejoy; Mike Roth; Rex Sparks; Securus Technology; John P. Sarcone;
Matthew Towers; Trudy Simonson; Brad Youngblut; Gerald Fisher; Mark
Paulson; John Doe; Lorna Garcia; James Entrekin; Michael McTaggart; Brady Carney

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 6, 2019
Filed: November 13, 2019
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Spencer Pierce appeals three district court[1] orders disposing of his pro se 42 U.S.C. § 1983 action. Following a careful review, we conclude that the district court did not err in dismissing the case. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (dismissal under Federal Rule of Civil Procedure 12(b)(6) is reviewed de novo); Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo). Accordingly, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

———————————————

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.